UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                      Case No. 2:18-mc-51513
                      Hon. Matthew F. Leitman

TAMECA TONEY, a/k/a
TAMECA GARRETT,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S REQUEST FOR HEARING ABOUT THE GARNISHMENT AND CLAIM FOR EXEMPTIONS (ECF No. 10)

On October 22, 2021, the United States of America filed a request for the issuance of a continuing writ of garnishment as to Defendant Tameca Garrett (a/k/a Tameca Nichole Toney). (*See* Request, ECF No. 7.) In response, on November 29, 2021, Garrett filed the instant request for a hearing regarding the garnishment. (*See* Request, ECF No. 10.) In her request, Garrett asked that this Court "stop [the requested] garnishment" due to "recent financial strains." (*See id.*, PageID.45.) The Court held a hearing with the parties on today's date, January 11, 2022.

For the reasons stated on the record, the Court declines at this time to modify the garnishment as requested by Garrett. As further discussed on the record, the Court expects that the parties will work cooperatively to see if they can reach an

1

agreement with respect to the garnishment.  If the parties ultimately do reach such an agreement, they may submit a stipulated order for this Court's approval.  On the other hand, if the parties are unable to reach an agreement with respect to the garnishment, Garrett is free to re-file her request for a hearing regarding the garnishment, and the Court will promptly consider her request.  As explained on the record, the Court expects that such a request, if necessary, will be accompanied by financial documentation to support any request for a modification.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Garrett's Request for a Hearing about the Garnishment and Claim for Exemptions (ECF No. 10).

**IT IS SO ORDERED**.

Dated: January 11, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(810) 341-9761